# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2435 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File No. C3-16-610 |
| | : | |
| v. | : | Attorney Reg. No. 23820 |
| | : | |
| MICHAEL J. CASALE, JR., | : | (Lycoming County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2018, upon consideration of the Joint Petition for Temporary Suspension, Michael J. Casale, Jr. is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) are specifically preserved.